**Exhibit 1 Complaint Tenure Denial Letter (rec'd 04.28.2202)**



Office of the Executive
Vice Chancellor and Provost

provost.ncsu.edu

Campus Box 7101
102 Holladay Hall
Raleigh, NC 27695-7101
P: 919.515.2195

**PERSONAL AND CONFIDENTIAL**

April 27, 2020

Dr. Madhusudan Katti
Department of Forestry and Environmental Resources
NC State Campus Box 8008

Dear Dr. Katti:

The dossier submitted for your conferral of tenure at the rank of associate professor in the Department of Forestry and Environmental Resources has been reviewed by your Interdisciplinary Review Committee (IRC), your college and at the university level. You have received and had the opportunity to respond to the written assessment of your IRC, the written recommendation of your department head, the written assessment of the College Reappointment, Promotion and Tenure Committee, the written recommendation of your dean and the written process evaluation of the University Reappointment, Promotion and Tenure Committee.

After careful review of your case, I write to notify you that you will not be awarded tenure. Your current appointment at North Carolina State University will end effective May 15, 2021.

Thank you for your professional contributions to the university. You have my best wishes for the future.

Sincerely,

Warwick A. Arden
Executive Vice Chancellor and Provost

cc: Myron Floyd, Dean, College of Natural Resources
Stith T. Gower, Head, Department of Forestry and Environmental Resources
Central Personnel File, HR