UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| MADHUSUDAN KATTI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **JUDGMENT** |
| ) | **5:23-CV-233-M-BM** |
| WARWICK A. ARDEN et al., ) | |
| Defendants. ) | |
| ) | |

**Decision by Court.**

**This action came before the Honorable Richard E. Myers II, Chief United States District Judge, for ruling as follows:**

**IT IS ORDERED, ADJUDGED, AND DECREED** that in accordance with the court's Order entered on September 19, 2024 [DE 48], the Motion to Dismiss [DE 36] is GRANTED. The amended complaint, [DE 28], is DISMISSED in its entirety.

This Judgment filed and entered on September 19, 2024, and copies to:
Counsel of record for the parties (via (via CM/ECF Electronic Notification)

September 19, 2024                                           Peter A. Moore, Jr.
                                                             Clerk of Court

                                                             By: /s/ Kimberly R. McNally
                                                             Deputy Clerk