FILED: November 6, 2024

## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

_____

No. 24-2054
(5:23-cv-00233-M-BM)

_____

MADHUSUDAN KATTI, on behalf of himself and other similarly situated members of his class

      Plaintiff - Appellant

v.

WARWICK A. ARDEN, in his individual and official capacity; MYRON FLOYD, in his individual and official capacity; STITH "TOM" GOWER, in his individual and official capacity; JEAN GOODWIN, in her individual capacity; KEN ZAGACKI, in his individual capacity

      Defendants - Appellees

_____

O R D E R

_____

Upon consideration of the submissions relative to appellant's motion to stay appeal proceedings for district court to consider post judgment motion, the court denies the motion.

For the Court

/s/ Nwamaka Anowi, Clerk